IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

RODNEY L. STAMBACK,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　Plaintiff,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　Civil Action No. 7:16cv214
v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
NANCY A. BERRYHILL,　　　　　　　　　)　By: Michael F. Urbanski
Commissioner of Social Security,　　　　)　Chief United States District Judge
　　　　　　　　　　　　　　　　　　　)
　　Defendant.　　　　　　　　　　　　)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it is hereby **ORDERED** that plaintiff's motion for summary judgment (ECF No. 14) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 17) is **GRANTED**, the report and recommendation (ECF No. 23) is **ADOPTED in its entirety**, plaintiff's objections (ECF No. 24) are **OVERRULED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: 09/28/2017

Michael F. Urbanski
Chief United States District Judge